IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
AUG - 6 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

GARY FREEMAN §
§
v. §
§
SHEIKH HANI ABDULLAH, §
INUVIK (USA), INC., KEVIN SUTHERLAND §   CASE NO. SA 03 CA 0340 RF
LAURIE SHELTON, MURRAY SHELTON, §
RONNIE HUGHES, EDGAR HUGHES, §
ABRAHAM MAMMEN, BRENT THOMPSON, §
BETHESDA WORLD MISSIONS, INC., §
AND MAT SECURITAS §

## TURNOVER ORDER

On this the 6th day of August 2008 came on to be heard Plaintiff Gary Freeman's Motion for Turnover Order in the above entitled and numbered case. After hearing the evidence and argument of counsel this Court finds as follows:

**IT IS ORDERED** that each of VIA MAT International, 130 Sheriden Blvd., Inwood, New York 11096; VIA MAT International, 2070A Tigertail Blvd., Dania, Florida 33004; and VIA MAT International (USA) Inc., 5777 West Century Blvd., Los Angeles, California 90045 turnover to the United States Marshals or to the Bexar County Sheriff the following described property and documents within five (5) days of service of the Order on those entities and then, each of the items detailed be set for sale as under a writ of execution with the application of the proceeds to be applied to the satisfaction of Movant's judgment.

**IT IS FURTHER ORDERED** that all corporate shares to which the Debtor MAT Securitas Express AG is either the owner, either legally or beneficially; be turnover to the United States Marshals or to the Bexar County Sheriff the following described property and documents within five (5) days of service of the Order on those entities and then, each of the items detailed be set for sale

as under a writ of execution with the application of the proceeds to be applied to the satisfaction of Movant's judgment.

**IT IS FURTHER ORDERED** that Any and all ownership interest, be it by way of partnership, joint venture or otherwise which interest is owned by MAT Securitas Express AG in each of VIA MAT International, 130 Sheriden Blvd., Inwood, New York 11096; VIA MAT International, 2070A Tigertail Blvd., Dania, Florida 33004; and VIA MAT International (USA) Inc., 5777 West Century Blvd., Los Angeles, California 90045 be turnover to the United States Marshals or to the Bexar County Sheriff the following described property and documents within five (5) days of service of the Order on those entities and then, each of the items detailed be set for sale as under a writ of execution with the application of the proceeds to be applied to the satisfaction of Movant's judgment.

**IT IS FURTHER ORDERED** that any and all contract rights, franchise fees, license fees, or any other form of payment made by each of VIA MAT International, 130 Sheriden Blvd., Inwood, New York 11096; VIA MAT International, 2070A Tigertail Blvd., Dania, Florida 33004 and that VIA MAT International (USA) Inc., 5777 West Century Blvd., Los Angeles, California 90045 to the Debtor be turnover to the United States Marshals or to the Bexar County Sheriff the following described property and documents within five (5) days of service of the Order on those entities and then, each of the items detailed be set for sale as under a writ of execution with the application of the proceeds to be applied to the satisfaction of Movant's judgment.

**IT IS FURTHER ORDERED** that VIA MAT International, 130 Sheriden Blvd., Inwood, New York 11096 turnover to the United States Marshal's Office and/or to the Bexar Sheriff's Office any and all documents necessary to transfer ownership and control of the above described assets and rights to receive any income, dividends, payments, commissions, licenses fees, franchise fees or any

other amounts from VIA MAT International, 130 Sheriden Blvd., Inwood, New York 11096 to the Judgment Debtor within five (5) days of the date of any Order granting this Application for Turnover.

**IT IS FURTHER ORDERED** that VIA MAT International, 2070A Tigertail Blvd., Dania, Florida 33004 turnover to the United States Marshal's Office and/or to the Bexar Sheriff's Office any and all documents necessary to transfer ownership and control of the above described assets and rights to receive any income, dividends, payments, commissions, licenses fees, franchise fees or any other amounts from VIA MAT International, 2070A Tigertail Blvd., Dania, Florida 33004 to the Judgment Debtor within five (5) days of the date of any Order granting this Application for Turnover.

**IT IS FURTHER ORDERED** that VIA MAT International (USA) Inc., 5777 West Century Blvd., Los Angeles, California 90045 turnover to the United States Marshal's Office and/or to the Bexar Sheriff's Office any and all documents necessary to transfer ownership and control of the above described assets and rights to receive any income, dividends, payments, commissions, licenses fees, franchise fees or any other amounts from VIA MAT International (USA) Inc., 5777 West Century Blvd., Los Angeles, California 90045 to the Judgment Debtor within five (5) days of the date of any Order granting this Application for Turnover;

**IT IS FURTHER ORDERED** that each of VIA MAT International, 130 Sheriden Blvd., Inwood, New York 11096; VIA MAT International, 2070A Tigertail Blvd., Dania, Florida 33004; and VIA MAT International (USA) Inc., 5777 West Century Blvd., Los Angeles, California 90045 to turnover those continuing benefits or repetitive benefits or payments when immediately due to MAT Securitas Express AG, along with any documentation of those benefits to the United States Marshal's Office and/or the Bexar County Sheriff's Office to the extent that the property is a subject

of this Motion for Turnover and is continuous or repetitive in its benefits to the Judgment Debtor.

**IT IS FURTHER ORDERED** that each of VIA MAT International, 130 Sheriden Blvd., Inwood, New York 11096; VIA MAT International, 2070A Tigertail Blvd., Dania, Florida 33004; and VIA MAT International (USA) Inc., 5777 West Century Blvd., Los Angeles, California 90045 be required to give an accounting to Movant to be received by Movant's attorney; Glenn J. Deadman, 509 South Main Avenue, San Antonio, Texas 78204 USA. no later than five (5) business days after the delivery of this Order on them. In the alternatively or in addition, **IT IS FURTHER ORDERED** that Movant asks the Court to approve a disinterested and qualified third person as receiver and order each of VIA MAT International, 130 Sheriden Blvd., Inwood, New York 11096; VIA MAT International, 2070A Tigertail Blvd., Dania, Florida 33004; and VIA MAT International (USA) Inc., 5777 West Century Blvd., Los Angeles, California 90045 to turnover all property rights and ownership rights in their possession that are owned by MAT Securitas Express AG, the Judgment Debtor, for the receiver to administer.

**IT IS FURTHER ORDERED** that as MAT Securitas Express AG's failure and refusal to pay the judgment rendered in this cause, MAT Securitas Express AG shall pay Movant for attorney's fees in the sum of THREE THOUSAND FIVE HUNDRED and 00/100 ($3,500.00 US) US DOLLARS as reasonable attorney's services rendered and to be rendered in this Court. In the event of an appeal or other proceeding in the Court of Appeals, Movant would be further entitled to FIVE THOUSAND and 00/100 ($5,000.00 US) US DOLLARS as reasonable attorney's fees.

DATE: _August 6_, 2008

_____
THE HONORABLE JUDGE ROYAL FURGESON